**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**700 S. FLOWER ST., SUITE 1950**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

# NOTICE OF RESCHEDULED HEARING

| | |
|---|---|
| **IN RE:** | CHAPTER 13 |
| Leonard Jerome Ford<br>Thelma Ford | CASE NO.: LA10-29177-EC |
| | **NOTICE OF RESCHEDULED TIME FOR §341(a) MEETING OF CREDITORS** |
| DEBTOR(S) | DATE: June 18, 2010<br>TIME  11:00 am<br>PLACE: ERNST & YOUNG PLAZA<br>725 S. FIGUEROA ST. ROOM  6/18/2010 4:00:00 PM<br>LOS ANGELES, CA 90017 |

**PLEASE TAKE NOTICE THAT the previously scheduled §341(a) MEETING OF CREDITORS will**

**now occur at the time and place listed above.**

**Dated:  6/7/10**

*[signature]*

_____

**Kathy A. Dockery**
**Chapter 13 Trustee**

| | |
|---|---|
| In re: **LEONARD JEROME FORD**<br>**THELMA FORD** | CHAPTER: 13<br>CASE NUMBER: **LA10-29177-EC** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
700 S. Flower Street, Suite 1950
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**NOTICE OF RESCHEDULED TIME FOR §341(a) MEETING OF CREDITORS**", will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 6/7/10, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/7/2010 | Perlita Gozun | *Perlita Gozun* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                    **F 9013-3.1**

| In re: LEONARD JEROME FORD<br>THELMA FORD | CHAPTER: 13<br>CASE NUMBER: LA10-29177-EC |
|---|---|

## Service List

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

Bartech
19135 Bessemer St
Valencia, CA 91355

CAPITAL ONE
PO BOX 60599
CITY OF INDUSTRY, CA 91716

CHASE BANK USA
PO BOX 15298
WILMINGTON, DE 19850

Equifax Credit Information
Bankruptcy Notification
PO BOX 740241
Atlanta, GA 30374

Experian
Bankruptcy Notification
475 Anton Blvd
Costa Mesa, CA 92626

GE MONEY BANK
PO BOX 981127
EL PASO, TX 79998

Kathy A Dockery
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017

KIM Brothers Maintenance Co
6819 Sepulveda Blvd Ste 202
Van Nuys, CA 91405

LA County Tax Collector
P.O. Box 54018
Los Angeles, CA 90054

LAW OFFICES OF VERNON R. YANCY
3250 WILSHIRE BLVD
SUITE 1500
LOS ANGELES, CA 90010

Leonard Jerome Ford
Thelma Ford
2315 W. 116th St
Hawthorne, CA 90250

LOS ANGELES COUNTY TREASURER AND TAX
COLLECTOR
P O BOX # 54110
LOS ANGELES, CA 90054-0110

Lowes
PO Box 530914
Atlanta, GA 30353

TARGET NATIONAL BANK
PO BOX 59317
MINNEAPOLIS, MN 55459

The Tile Store
6002 Reseda Blvd
Tarzana, CA 91356

| | |
|---|---|
| Thelma Ford<br>2315 W. 116th St<br>Hawthorne, CA 90250 | Trans Union Credit Bureau<br>Bankruptcy Notification<br>PO BOX 2000<br>Chester, PA 19022 |
| US Bank<br>PO Box 790408<br>Saint Louis, MO 63179 | Vernon R Yancy<br>Vernon R Yancy Esq<br>3250 Wilshire Blvd Ste 900<br>Los Angeles, CA 90010 |
| Water Power CU<br>1053 W. Sunset BLVD<br>Los Angeles, CA 90012 | WELLS FARGO BANK<br>PO BOX 10438<br>DES MOINES, IA 50306-0438 |
| WELLS FARGO BANK NA<br>WELLS FARGO CARD SERVICES<br>RECOVERY DEPARTMENT<br>P O BOX 9210<br>DES MOINES, IA 50306 | Wells Fargo Bank, N.A.<br>PO BOX 54180<br>Los Angeles, CA 90054 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                          **F 9013-3.1**